NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1514

SAMSUNG ELECTRONICS CO., LTD.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SHARP CORPORATION, SHARP ELECTRONICS CORPORATION,
and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-631.

ON MOTION

O R D E R

Upon consideration of the intervenors' motion for a 14-day extension of time, until

February 19, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2010

JAN HORBALY
CLERK



cc:    Clint A. Gerdine, Esq.
        Alan Cope Johnston, Esq.
        Ruffin B. Cordell, Esq.

s21